[No. 63767-3-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TINEIMALO VAITOGI TAUA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-13100-5, Jay V. White, J., entered June 22, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Ellington, JJ.

[No. 63779-7-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS DAMION ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-02965-9, David A. Kurtz, J., entered June 23, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 63808-4-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS PATRICK RANDALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00848-3, Jeffrey M. Ramsdell, J., entered July 14, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Ellington, JJ.

[No. 63877-7-I.   Division One.   July 26, 2010.]

WARREN WESTLUND BUICK-GMC TRUCK, INC., *Appellant*, v. CROW ROOFING & SHEET METAL, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-10722-0, Catherine D. Shaffer, J., entered June 26, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Cox, JJ.